### In re Estate of Merton J. Emerson, Deceased, Appellant, v. Elvina Cook, Appellee.

**Gen. No. 9,861.** 

 opinion filed April 28, 1943; rehearing denied October 5, 1943. Frank C. Leviton and James J. McCauley, for appellant; Charles P. Barnes, for appellee. Opinion by JUSTICE DOVE. "Not to be published in full."